UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELIQUE ANDERSON,

                Plaintiff,

-against-                                **19-CV-4497 (ALC)**

CORPORATE BAILOUT, LLC,                **DEFAULT JUDGMENT**

                Defendants.

**ANDREW L. CARTER, JR., United States District Judge:**

        On May 16, 2019, Plaintiff Angelique Anderson ("Plaintiff") filed a complaint against Defendant Corporate Bailout, LLC ("Defendant") (Compl., ECF No. 1.)  Plaintiff served the Complaint July 22, 2019, making Defendant answer due August 12, 2019. (ECF No. 6.)  To date, Defendant has not answered or otherwise responded to the Complaint.

        On August 13, 2020, having obtained a clerk's certificate of default, Plaintiff filed a Motion for Default Judgment against Defendant. (ECF No. 20.)  The Court issued an Order to Show Cause on August 28, 2020, directing Defendant to show cause in writing why a default judgment for failure to move or otherwise answer the Complaint should not be entered.  (ECF No. 21.)  Defendant did not respond to the Court's Order.

        Accordingly, having considered the Memorandum of Law and Affidavit of Megan S. Goddard, the Summons and Complaint previously filed in this action, and the Affidavits of Service thereof, it is hereby **ORDERED** that judgment be entered in Plaintiff's favor against Defendant on all counts of Plaintiff's Complaint as to liability.

        The Court has reviewed Plaintiff's request for damages in the amount of $315,000.00 plus prejudgment interest, but requires further information.  Plaintiff is directed to file a

supplemental affidavit explaining the basis for its requested damages and attaching any relevant supporting documentation for the request by **March 14, 2023.**

**SO ORDERED.**

**Dated:  March 7, 2023**
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**