**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/10/2023__

GODDARD LAW

39 Broadway, Suite 1540 | New York
Office. 646.964.1178
Fax. 212.208.2914
anthony@goddardlawnyc.com
WWW.GODDARDLAWNYC.COM

March 10, 2023

**By ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
40 Foley Square
New York, NY 10007

Re:   **Anderson v. Corporate Bailout, LLC, 19 CV 4497**

Dear Judge Carter:

This firm represents Plaintiff Angelique Anderson. I am writing to request an extension of time to submit the supplemental affidavit concerning Plaintiff's damages in support of her application for a default judgment, as directed by the Court in its March 7, 2023 Order. The current deadline is March 14, 2023. Plaintiff requests an additional 30 days, until April 13, 2023, to submit the affidavit. This is the first request for an extension of time to submit the supplemental affidavit. As the Defendant has not filed an appearance in this action, there is no adversary to consent to this request.

Plaintiff appreciates the Court's consideration.

Respectfully submitted,

*Anthony P.*

Anthony P. Consiglio

---

**Plaintiff's application is GRANTED IN PART.** The deadline for Plaintiff to file its supplemental letter and affidavit is extended to **March 21, 2023.**

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
3/10/2023