MEMO ENDORSED **A R D   L A W   P**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/21/2023

39 Broadway, Suite 1540 │ New York, NY 10~~~~

Office. 646.964.1178

Fax. 212.208.2914

anthony@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

March 20, 2023

**By ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
40 Foley Square
New York, NY 10007

Re:    **Anderson v. Corporate Bailout, LLC, 19 CV 4497**

Dear Judge Carter:

This firm represents Plaintiff Angelique Anderson.  I am writing to request an extension of time to submit the supplemental affidavit concerning Plaintiff's damages in support of her application for a default judgment, as directed by the Court in its March 7, 2023 Order.  The current deadline is March 21, 2023.  Plaintiff requests an additional week, until March 28, 2023, to submit the affidavit.  This is the second request for an extension of time to submit the supplemental affidavit, and the Court previously granted the first request.

The reason for this request is that Plaintiff is in the process of gathering the documentation needed for the supplemental affidavit.  As the Defendant has not filed an appearance in this action, there is no adversary to consent to this request.

Plaintiff appreciates the Court's consideration.


Respectfully submitted,

*[signature]*

Anthony P. Consiglio



SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

3/21/2023