**MEMO ENDORSED**

**GODDARD LAW**

Suite 1540 | New York, NY
Office. 646.964.1178
Fax. 212.208.2914
anthony@goddardlawnyc.com
WWW.GODDARDLAWNYC.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/31/2023

March 27, 2023

**By ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
40 Foley Square
New York, NY 10007

    Re:    **Anderson v. Corporate Bailout, LLC, 19 CV 4497**

Dear Judge Carter:

This firm represents Plaintiff Angelique Anderson. I am writing to request an extension of time to submit the supplemental affidavit concerning Plaintiff's damages in support of her application for a default judgment, as directed by the Court in its March 7, 2023 Order. The current deadline is March 28, 2023. Plaintiff requests an additional week, until April 4, 2023, to submit the affidavit. This is the third request for an extension of time to submit the supplemental affidavit, and the Court previously granted the first two requests.

The reason for this request is that Plaintiff is in the process of gathering the documentation needed for the supplemental affidavit. As the Defendant has not filed an appearance in this action, there is no adversary to consent to this request.

Plaintiff appreciates the Court's consideration.

Respectfully submitted,

*/s/ Anthony P.*

Anthony P. Consiglio

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
3/31/2023