UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELIQUE ANDERSON,<br><br>Plaintiff,<br><br>-against-<br><br>CORPORATE BAILOUT, LLC,<br><br>Defendant. | 19-CV-4497 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's motion to seal at ECF No. 31.  Having considered the standard for sealing set forth under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), Plaintiff's motion is hereby **GRANTED**.

**Dated: August 2, 2023**
      New York, New York

                                             **ANDREW L. CARTER, JR.**
                                              **United States District Judge**