UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELIQUE ANDERSON,

        Plaintiff,

– against –

CORPORATE BAILOUT LLC,

        Defendant.

19 CV 4497 (ALC) (KNF)

DEFAULT JUDGMENT

It is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff Angelique Anderson is awarded judgment against Defendant Corporate Bailout LLC in the amount of $315,000.00, with interest from the date of this Judgment.

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

9/20/2023